## IN THE COUNTY COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| SAMUEL OSBOURNE, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | *COMPLAINT AND PRAECIPE* |
| vs. | ) | *AND DEMAND FOR JURY TRIAL* |
| | ) | |
| SWEET EXPRESS, L.L.C., a corporation, | ) | |
| and ALIJA ALAGIC, | ) | |
| | ) | |
| Defendants. | ) | |

1. Plaintiff is a resident of Winter Haven, Florida.

2. Defendant Sweet Express, L.L.C., is a corporation operating a truck line which does business in Lincoln, Lancaster County Nebraska. Defendant Alija Alagic is an employee of Sweet Express, L.L.C. and at all times material herein, was acting within the scope and course of his employment with Defendant Sweet Express, L.L.C.

3. The accident hereinafter set forth occurred in Deuel County, Nebraska, near Mile Post 92 on Interstate 80.

4. On or about November 22, 2010, Plaintiff was operating his vehicle in a westbound direction on Interstate 80 near Mile Post 92. At this time and place, Defendant Alagic was operating a vehicle owned by Defendant Sweet Express, L.L.C. in a westbound direction on Interstate 80. At this time and place, Defendant Alagic began to pass the car and lost control of the vehicle. This caused the Sweet Express, L.L.C. vehicle to jackknife and enter into Plaintiff's lane of travel. As a result of this jackknife, Defendant's vehicle collided with Plaintiff's vehicle. Plaintiff was damaged as hereinafter set forth.

5. The proximate cause of the aforesaid accident was the joint and several negligence of the


EXHIBIT A

Defendants in the following particulars:

a) Failure to keep a proper lookout.

b) Failure to keep vehicle under reasonable control.

c) Operating at a rate of speed that was excessive for the conditions then existing.

6. As a result of the aforesaid negligence and resulting accident, Plaintiff sustained injuries to his right shoulder, neck, and lower back. Said injuries are permanent in nature.

7. As a result of the aforesaid accident and resulting injuries, Plaintiff was damaged as hereinafter set forth:

a) Plaintiff incurred hospital and medical expenses in the amount of $10,000.00 to date and will incur medical expenses in the future.

b) Plaintiff has suffered pain and suffering, and mental anguish, both past and future.

c) Plaintiff has lost wages in the amount of $25,000.00 and will suffer a loss of earning power in the future.

d) Plaintiff's property was damaged and the fair and reasonable cost to prepare the same was $66,000.00.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $101,000.00, general damages, and the costs of this action.

FOR: Samuel Osbourne, Plaintiff

*[signature]*

Dennis P. Crawford  #18248
Attorney at Law
Crawford Law Offices, P.C., L.L.O.
135 Lakewood Drive
Lincoln, NE 68510
(402) 466-3040  Telephone
(402) 466-3055  Fax

*PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL THE MATERIAL ISSUES IN THE CASE IN LINCOLN, LANCASTER COUNTY, NEBRASKA.*

## PRAECIPE

Please issue summons in the above entitled matter and deliver same to counsel for Plaintiff for service by certified mail to Damir Vidinlic, the registered agent for Sweet Express, L.L.C., 525 Burton Street Soutwest, Grand Rapids, Michigan 49507-2309. On this ___15___ day of June, 2011.

Dennis P. Crawford  #18248

## PRAECIPE

Please issue summons in the above entitled matter and deliver same to counsel for Plaintiff for service by certified mail to Alija Alagic, 5915 Pine Vista Street Southeast, Kentwood, Michigan 49548. On this ___15___ day of June, 2011.

Dennis P. Crawford  #18248

Image ID:  Doc. No. 1752270
D01752270C02                SUMMONS

IN THE COUNTY COURT OF Lancaster COUNTY, NEBRASKA
575 South 10th Street
2nd Floor
Lincoln                NE 68508

Samuel Osbourne v. Sweet Express, L.L.C.

Case ID: CI 11    7010

TO: Alija Alagic

You have been sued by the following plaintiff(s):

Samuel Osbourne

Plaintiff's Attorney: Dennis P Crawford
Address: Dennis Crawford/Keith Kollasch
135 Lakewood Drive
Lincoln, NE 68510-2413
Telephone: (402) 466-3040

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JULY 1, 2011        BY THE COURT: _____
                                        Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Alija Alagic
5915 Pine Vista Street Southeast
Kentwood, MI 49548

Method of service: Certified Mail

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

Image ID: D01744899C02

**SUMMONS**

Doc. NO. 1744899

IN THE COUNTY COURT OF Lancaster COUNTY, NEBRASKA
575 South 10th Street
2nd Floor
Lincoln                NE 68508

Samuel Osbourne v. Sweet Express, L.L.C.

Case ID: CI 11     7010

TO: Alija Alagic

You have been sued by the following plaintiff(s):

  Samuel Osbourne

Plaintiff's Attorney: Dennis P Crawford
Address: Dennis Crawford/Keith Kollasch
  135 Lakewood Drive
  Lincoln, NE 68510-2413
Telephone: (402) 466-3040

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: JUNE 21, 2011        BY THE COURT: _____ Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

  Alija Alagic
  5915 Pine Vista Street Southeast
  Kentwood, MI 49548

Method of service: Certified Mail

You are directed to make such service within twenty days after date of issue, and show proof of service as provided by law.

To:
Case ID: CI 11 7010 S. al Osbourne v. Sweet Express, L.L.C.

Received this Summons on _____, _____. I hereby certify that on
_____, _____ at _____ o'clock __M, I served copies of the Summons
upon the party: _____

by _____
_____
_____

as required by Nebraska state law.

Service and return   $ _____
Copy                   _____
Mileage _____ miles   _____
TOTAL                $ _____

Date: _____   BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail, TO THE PARTY: Sweet Express

At the following address: Damir Vidinlic
525 Burton St SW
Grand Rapids, MI 49507

on the 6th day of July 2011, as required by Nebraska state law.

Postage $ 6.24    Attorney for: Dennis Crawford / Samuel Osbourne

The return receipt for mailing to the party was signed on July 11, 2011.

To: Sweet Express, L.L.C.                From: Dennis P Crawford
    Reg Agent - Damir Vidinlic               Dennis Crawford/Keith Kollasch
    525 Burton Street Southwest              135 Lakewood Drive
    Grand Rapids, MI 49507-2309              Lincoln, NE 68510-2413

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sweet Express, LLC.
Registered Agent, Damir Vidinlic
525 Burton Street SW

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 7-11-11
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise

Case ID: CI 11 7010 Samuel Osbourne v. Sweet Express, ..C.

Received this Summons on _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return $ _____

Copy _____

Mileage _____ miles _____

TOTAL $ _____

Date: _____ BY: _____
(Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: Alija Alagic

At the following address: 5915 Pine Vista St SE
Kentwood, MI 49548

on the 5th day of July 2011, as required by Nebraska state law.

Postage $ 5.24  Attorney for: Dennis Crawford / Samuel Osbourne

The return receipt for mailing to the party was signed on July 9, 2011.

To: Alija Alagic
5915 Pine Vista Street Southeast

Kentwood, MI 49548

From: Dennis P Crawford
Dennis Crawford/Keith Kollasch
135 Lakewood Drive
Lincoln, NE 68510-2413

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Alija Alagic
5915 Pine Vista Street SE
Kentwood, MI 49548

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Alija Alagic  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) Alija Alagic  C. Date of Delivery 7/9/11
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise