IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL OSBOURNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3113 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| SWEET EXPRESS, L.L.C.,, a | ) | PROGRESSION ORDER |
| corporation, and ALIJA ALAGIC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Unopposed Motion to Amend Progression Order (Filing 14),

IT IS ORDERED that the final progression order is as follows:

a.  A jury trial is set to commence on **August 13, 2012.** No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b.  The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 31, 2012 at 9:00 a.m.,** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 30, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c.  A telephonic conference with the undersigned magistrate judge will be held on **March 8, 2012 at 11:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

d.  The deadline for completing discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 17, 2012. Motions to compel Rule 33 through 36 discovery must be filed by May 3, 2012.

e.      The deadlines for **complete expert disclosures**, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), are:

            For the plaintiff:              April 2, 2012.
            For the defendant:           May 2, 2012.

f.       The deposition deadline is July 2, 2012.

g.      The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is April 30, 2012.

DATED this 22nd day of December, 2011.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge

2