IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL OSBOURNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3113 |
| | ) | |
| v. | ) | |
| | ) | SECOND AMENDED |
| SWEET EXPRESS, L.L.C.,, a | ) | PROGRESSION ORDER |
| corporation, and ALIJA ALAGIC, | ) | |
| | ) | |
| Defendants. | ) | |

As requested in the Second Unopposed Motion to Amend Progression Order (Filing 18), which is hereby granted,

IT IS ORDERED that the final progression order is as follows:

a. A jury trial is set to commence on **November 26, 2012.** No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **November 13, 2012 at 9:00 a.m.,** and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 12, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

c. The deadline for completing discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 17, 2012. Motions to compel Rule 33 through 36 discovery must be filed by August 3, 2012.

d. The deadlines for **complete expert disclosures**, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R.Civ. P. 26(a)(2)(C)), is December 2, 2011.

        For the plaintiff:      July 2, 2012.
        For the defendant:   August 3, 2012.

f.  The deposition deadline is October 2, 2012.

g.  The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is July 30, 2012.

DATED this 4th day of May, 2012.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge